in all cases, so that it has been his "unbroken practice not to note dissent from the Court's disposition of petitions for certiorari." *Chemical Bank Co.* v. *Investors,* 343 U. S. 982; *Maryland* v. *Baltimore Radio Show, Inc.,* 338 U. S. 912; *Darr* v. *Burford,* 339 U. S. 200, 227; *Agoston* v. *Pennsylvania,* 340 U. S. 844; *Bondholders, Inc.* v. *Powell,* 342 U. S. 921; *Rosenberg* v. *United States,* 344 U. S. 889, 345 U. S. 965. Partial disclosure of votes on successive stages of a certiorari proceeding does not present an accurate picture of what took place. MR. JUSTICE BLACK is of the opinion the petition for rehearing should be granted.

No. 368, Misc. GOODMAN ET AL. *v.* McMILLAN, *ante,* p. 929. Second petition for rehearing denied.

No. 421, Misc. RILEY *v.* DEPARTMENT OF THE AIR FORCE ET AL., *ante,* p. 958;

No. 452, Misc. VANDERWYDE *v.* NEW YORK, *ante,* p. 959; and

No. 460, Misc. BRYANT *v.* UNITED STATES, *ante,* p. 953. Petitions for rehearing denied.